**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| AJILON PROFESSIONAL STAFFING, LLC | * | |
| Park 80 West Plaza II, 9th Floor | * | |
| Saddle Brook, NJ 07663 | | |
| | * | |
| Plaintiff, | | |
| | * | |
| v. | | Civil Action No. |
| | * | |
| JOSHUA KUBICKI | * | |
| 619 Gist Avenue | | |
| Silver Spring, MD 20910 | * | |
| and | * | |
| KIMBERLY DANOWSKI | * | |
| 702 Linden Grove Place, Apt. 302 | | |
| Odenton, MD 21113 | * | |
| and | * | |
| JON POMYKALA | * | |
| 1240 North Rolfe Street | | |
| Arlington, VA 22201 | * | |
| Defendants. | * | |

\*      \*      \*      \*      \*      \*      \*

## <u>CERTIFICATE OF COUNSEL UNDER LCvR 65.1</u>

The undersigned counsel of record for Plaintiff/Movant Ajilon

Professional Staffing, LLC ("Ajilon"), in conformity with LCvR 65.1(a), hereby certifies

that he will make all reasonable efforts to serve upon each of the Defendants copies of all

pleadings and papers filed in the above-captioned action to date, including the Complaint,

Motion for Temporary Restraining Order and Preliminary Injunction, Memorandum in

Support, and all accompanying declarations and exhibits, such that Defendants shall have

adequate time to prepare for and appear at the proposed date for consideration by the

Court of Plaintiff's application for a restraining order.  In addition to making efforts to

obtain actual personal service through a private process server, the undersigned has

provided copies of all of the foregoing documents to Defendants' legal counsel in

electronic form on July 17, 2007, and has confirmed that counsel received those

documents in readable form.  The undersigned further certifies that he has conferred with

Defendants' counsel regarding the time within which the application for a TRO would be

heard by the court, i.e., on July 29, 2007 or as soon thereafter as the Court schedules a

hearing.


Respectfully submitted,

Schnader Harrison Segal & Lewis LLP


By:     _____
        Benjamin W. Hahn (Bar No. 446270)
        2001 Pennsylvania Ave. N.W., Suite 300
        Washington, DC 20006-1825
        Telephone: (202) 419-4242
        Email: bhahn@schnader.com

        Counsel for Plaintiff Ajilon Professional Staffing, LLC