CO-386-online
10/03

# United States District Court
# For the District of Columbia

Ajilon Professional Staffing, LLC )
)
)
)
)
            vs        Plaintiff  )   Civil Action No. 1:07-cv-01281
)
Joshua Kubicki, et al. )
)
)
            Defendant )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __Ajilon Professional Staffing, LLC__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Ajilon Professional Staffing, LLC__ which have any outstanding securities in the hands of the public:

Adecco, S.A.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

D.C. 446270
BAR IDENTIFICATION NO.

BENJAMIN W. HAHN
Print Name

2001 Pennsylvania Avenue, N.W., Suite 300
Address

Washington     D.C.     20006-1825
City           State    Zip Code

202-419-4242
Phone Number