IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AJILON PROFESSIONAL STAFFING, LLC,<br><br>Plaintiff<br><br>    v.<br><br>JOSHUA KUBICKI, KIMBERLY DANOWSKI, and JON POMYKALA,<br><br>Defendants. | CASE NO. 1:07-cv-01281-RJL |

## NOTICE OF APPEARANCE

TO NANCY MAYER-WHITTINGTON, CLERK:

You are hereby notified that Michael A. Schlanger of Covington & Burling LLP appears as retained counsel on behalf of defendants Joshua Kubicki, Kimberly Danowski, and Jon Pomykala in the above-captioned matter.

                                      Respectfully submitted,

                                      _____/s/ Michael A. Schlanger_____
                                      Michael A. Schlanger (D.C. Bar No. 88849)
                                      Anthony Herman (D.C. Bar No. 424643)
                                      Mark W. Mosier (D.C. Bar No. 974887)
                                      COVINGTON & BURLING LLP
                                      1201 Pennsylvania Ave., NW
                                      Washington, DC  20004
                                      Telephone:  (202) 662-6000
                                      Facsimile:  (202) 662-6291

July 24, 2007                                *Attorneys for Defendants Joshua Kubicki,*
                                          *Kimberly Danowski, and Jon Pomykala*

- 2 -

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing Notice of Appearance was filed using the Court's electronic case filing system this 24th day of July, 2007, which automatically results in service on all counsel of record registered on ECF.

/s/ Michael A. Schlanger
Michael A. Schlanger
*Attorney for Defendants*
