IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AJILON PROFESSIONAL STAFFING, LLC,

Plaintiff

v.

JOSHUA KUBICKI, KIMBERLY DANOWSKI, and JON POMYKALA,

Defendants.

CASE NO. 1:07-cv-01281-RJL

**MOTION FOR ADMISSION PRO HAC VICE OF MARK W. MOSIER**

I, Anthony Herman, counsel for defendants in the above-captioned matter, hereby move the Court, pursuant to Local Civil Rule 83.2, for the admission *pro hac vice* of Mark W. Mosier.

1. I am a partner with the law firm of Covington & Burling LLP, located at 1201 Pennsylvania Avenue, N.W., Washington, D.C. 20004-2401. My phone number is (202) 662-5280. I am admitted to the bar of the District of Columbia and to the bar of this Court.

2. Mr. Mosier is an associate with Covington & Burling LLP. As reflected in the attached Declaration, Mr. Mosier is a member of the bar of the District of Columbia, State of Kansas, and U.S. Court of Appeals for the First Circuit. He has pending an application for admission to the bar of this Court.

3. Mr. Mosier is familiar with the facts and law relating to this case and, upon admission *pro hac vice*, will assist in the litigation of this action.

                    Respectfully submitted,


                    __/s/  Anthony Herman_____
                    Anthony Herman
                    D.C. Bar No. 424643
                    Covington & Burling
                    1201 Pennsylvania Avenue, N.W.
                    Washington, D.C.  20004-2401
                    Phone: (202) 662-6000
                    Fax: (202) 662-6291

                    *Counsel for defendants*

July 24, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AJILON PROFESSIONAL STAFFING, LLC,

Plaintiff

v.

JOSHUA KUBICKI, KIMBERLY DANOWSKI,
and JON POMYKALA,

Defendants.

CASE NO. 1:07-cv-01281-RJL

**DECLARATION OF MARK W. MOSIER**

I, Mark W. Mosier, make this declaration pursuant to Local Civil Rule 83.2 in support of the motion by Anthony Herman for my admission *pro hac vice* to this Court:

1. My full name is Mark William Mosier.

2. My office address and telephone number are:

Covington & Burling LLP
1201 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2401
Phone: (202) 662-5435
Fax: (202) 778-5435

3. I am admitted to the bar of the District of Columbia (Bar No. 974887), State of Kansas (Bar No. 22671), and the U.S. Court of Appeals for the First Circuit.

4. I certify that no disciplinary proceeding is pending against me in any jurisdiction nor has any discipline been imposed against me in any jurisdiction in the past.

5. During the twenty-four (24) months immediately preceding the filing of this Motion, I have been admitted *pro hac vice* in this Court once. I was admitted in *United States v. Wolf*, No. 05-097 (Sullivan, J.).

6. I became a member of the bar of the District of Columbia on June 11, 2007. My application for admission to the bar of this Court was filed on July 18, 2007. I expect to be admitted to the bar of this Court on Monday, August 6, 2007.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
Mark W. Mosier

Executed on: July 23, 2007
Washington, D.C.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AJILON PROFESSIONAL STAFFING, LLC,<br><br>Plaintiff<br><br>            v.<br><br>JOSHUA KUBICKI, KIMBERLY DANOWSKI, and JON POMYKALA,<br><br>Defendants. | CASE NO. 1:07-cv-01281-RJL |

## **ORDER**

Upon consideration of the Motion for Admission *pro hac vice* of Mark W. Mosier, it is this ____ day of _____, 2007, hereby

ORDERED that the Motion for Admission *pro hac vice* of Mark W. Mosier be GRANTED.

 

_____
Richard J. Leon
United States District Judge