IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AJILON PROFESSIONAL STAFFING, LLC,<br><br>Plaintiff<br><br>                v.<br><br>JOSHUA KUBICKI, KIMBERLY DANOWSKI, and JON POMYKALA,<br><br>Defendants. | CASE NO. 1:07-cv-01281-RJL |

## MOTION FOR ADMISSION PRO HAC VICE OF JOEL A. KLARREICH

      I, Anthony Herman, counsel for defendants in the above-captioned matter, hereby move the Court, pursuant to Local Civil Rule 83.2, for the admission *pro hac vice* of Joel A. Klarreich.

      1. I am a partner with the law firm of Covington & Burling LLP, located at 1201 Pennsylvania Avenue, N.W., Washington, D.C. 20004-2401. My phone number is (202) 662-5280. I am admitted to the bar of the District of Columbia and to the bar of this Court.

      2. Mr. Klarreich is a partner with the law firm of Tannenbaum Helpern Syracuse & Hirschtritt LLP. As reflected in the attached Declaration, Mr. Klarreich is a member of the bar of the State of New York, U.S. District Court for the Southern District of New York, U.S. District Court for the Eastern District of New York, U.S. Court of Appeals for the Second Circuit, and the U.S. Supreme Court.

3. Mr. Klarreich is familiar with the facts and law relating to this case and, upon admission *pro hac vice*, will assist in the litigation of this action.

Respectfully submitted,

  /s/  Anthony Herman
Anthony Herman
D.C. Bar No. 424643
Covington & Burling
1201 Pennsylvania Avenue, N.W.
Washington, D.C.  20004-2401
Phone: (202) 662-6000
Fax: (202) 662-6291

*Counsel for defendants*

July 24, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF THE DISTRICT OF COLUMBIA

------------------------------------------------------------------ x

AJILON PROFESSIONAL STAFFING, LLC           :
                                            :
        Plaintiff,                          :
                                            : Civil Action No. 1:07-cv-01281
   v.                                       :
                                            :
JOSHUA KUBICKI, KIMBERLY DANOWSKI and        :
JON POMYKALA,                                :
                                            :
        Defendants.                         :

------------------------------------------------------------------ X

**DECLARATION IN SUPPORT OF
APPLICATION OF JOEL A. KLARREICH
TO APPEAR *PRO HAC VICE*__**

I, Joel A. Klarreich, hereby state as follows:

1.    My name is Joel A. Klarreich, and I represent the Defendants, Joshua Kubicki, Kimberly Kanowski and Jon Pomykala in the above-captioned matter.

2.    I am an attorney with the law firm of Tannenbaum Helpern Syracuse & Hirschtritt LLP. My office is located at 900 Third Avenue, New York, New York 10022. My office telephone number is (212) 508-6747.

3.    I have been admitted to the following bars: State of New York, United States District Court for the Southern District of New York, United States District Court for the Eastern District of New York, United States Circuit Court for the Second Circuit and the United States Supreme Court.

4.    I have not been disciplined by any bar.

5.    I have not been admitted *pro hac vice* to this Court within the last two years.

[811126-1]

[811126-1]

6. I do not practice law from an office located in the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 20th day of July 2007.

_____
Joel A. Klarreich

2

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AJILON PROFESSIONAL STAFFING, LLC,<br><br>Plaintiff<br><br>               v.<br><br>JOSHUA KUBICKI, KIMBERLY DANOWSKI, and JON POMYKALA,<br><br>Defendants. | CASE NO. 1:07-cv-01281-RJL |

## **ORDER**

Upon consideration of the Motion for Admission *pro hac vice* of Joel A. Klarreich, it is this \_\_\_\_ day of _____, 2007, hereby

ORDERED that the Motion for Admission *pro hac vice* of Joel A. Klarreich be GRANTED.

_____
Richard J. Leon
United States District Judge