IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AJILON PROFESSIONAL STAFFING, LLC,<br><br>Plaintiff<br><br>              v.<br><br>JOSHUA KUBICKI, KIMBERLY DANOWSKI, and JON POMYKALA,<br><br>Defendants. | CASE NO. 1:07-cv-01281-RJL |

## **ERRATA**

       Defendants, by and through undersigned counsel, submit this proposed Order to accompany their July 24, 2007 Opposition to Plaintiff's Motion for Temporary Restraining Order and for Preliminary Injunction.

                                          Respectfully submitted,

                                          ____/s/  Anthony Herman_____
                                          Michael A. Schlanger (D.C. Bar No. 88849)
                                          Anthony Herman (D.C. Bar No. 424643)
                                          Mark W. Mosier (D.C. Bar No. 974887)
                                          COVINGTON & BURLING LLP
                                          1201 Pennsylvania Ave., NW
                                          Washington, DC  20004
                                          Telephone:  (202) 662-6000
                                          Facsimile:  (202) 662-6291

July 24, 2007                                 *Attorneys for Defendants Joshua Kubicki,*
                                            *Kimberly Danowski, and Jon Pomykala*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AJILON PROFESSIONAL STAFFING, LLC,<br><br>Plaintiff<br><br>              v.<br><br>JOSHUA KUBICKI, KIMBERLY DANOWSKI, and JON POMYKALA,<br><br>Defendants. | CASE NO. 1:07-cv-01281-RJL |

## **ORDER**

Upon consideration of Plaintiff's Motion for a Temporary Restraining Order and Preliminary Injunction, and the opposition thereto, it is this _____ day of _____, 2007, hereby

ORDERED that the Motion for a Temporary Restraining Order and Preliminary Injunction be and hereby is DENIED.

_____
Richard J. Leon
United States District Judge

## NOTICE OF ORDER

Pursuant to Local Civil Rule 7(k), the following attorneys are entitled to notice of entry of this Order:

Benjamin Hahn, Esq.
SCHNADER HARRISON SEGAL & LEWIS LLP
2001 Pennsylvania Ave N.W., Suite 300
Washington, DC 20006-1825

*Counsel for Plaintiff*


Michael A. Schlanger (D.C. Bar No. 88849)
Anthony Herman (D.C. Bar No. 424643)
Mark W. Mosier (D.C. Bar No. 974887)
COVINGTON & BURLING LLP
1201 Pennsylvania Ave., NW
Washington, DC  20004

*Counsel for Defendants*