Motion for Interim Sealing Order pursuant to Local Rule 105.11

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| AJILON PROFESSIONAL STAFFING, LLC | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 1:07-CV-01281-RJL |
| | * | |
| JOSHUA KUBICKI, ET AL | * | |
| Defendants. | * | |

**MOTION TO SEAL**

Plaintiff Ajilon Professional Staffing, LLC, through counsel, files this Motion for an order sealing certain materials being submitted to the Court in support of Plaintiff's Motion for a Preliminary Injunction. In support of this Motion, Plaintiff states as follows:

(a)     The materials that Plaintiff requests be sealed contain confidential information regarding Plaintiff's clients, financial performance, employees, business plans, and specifically negotiated contract terms. This information is not possessed in this form by competitors of Plaintiff (except to the extent misappropriated by Defendants and disclosed by them to others).

(b)     The materials also contain personal information about numerous individuals who are not parties to this litigation, and, in many cases, Plaintiff possesses that information by virtue of those individuals having provided it to Plaintiff with the implicit understanding that it would be treated as personnel information and treated confidentially. This information includes, among other items, home addresses, telephone numbers and email addresses.

(c) The materials cannot be made available to the Court for review by any means superior to sealing because (i) the materials go directly to the issues before the Court on the Motion for Preliminary Injunction; (ii) the Court will need to rely on the documents in making its ruling on the Motion; (iii) redaction would reduce or eliminate the force of the information and limit the Court's ability to weigh its importance in ruling on the Motion.

(d) The specific exhibits that Plaintiff requests be sealed are listed on Exhibit A hereto, which also contains a description of the exhibit in each case.

Wherefore, Plaintiff Ajilon Professional Staffing, LLC respectfully requests that the exhibits listed on Exhibit A be sealed by the Court pursuant to the Proposed Stipulated Protective Order (Document 13) submitted by the parties on August 3, 2007 and awaiting disposition by the Court.

Respectfully submitted,

Schnader Harrison Segal & Lewis LLP

By: _____
Benjamin W. Hahn (Bar No. 446270)
2001 Pennsylvania Ave. N.W., Suite 300
Washington, DC 20006-1825
Telephone: (202) 419-4242
Email: bhahn@schnader.com

Counsel for Plaintiff

Ajilon Professional Staffing, LLC

2

## Exhibit A

## Plaintiff's Specification of Proposed Exhibits for Sealing

| Exh. No. | Description | Confidential Nature |
|---|---|---|
| 6 | Ajilon Internal Organization Chart | Corporate Organization and cell phones |
| 8 | Kubicki/Solomon Page E-mail | Ajilon revenue information |
| 19 | Ajilon/Crowell Contract/Invoice | Confidential contract terms |
| 20 | Ajilon Payroll Information | Personal employee payroll information |
| 23 | Ajilon Business Plan | Confidential business plan |
| 27 | Ajilon/Kubicki Billings | Confidential client/revenue/commissions |
| 30 | Ajilon Proposal to Client | Client proposal materials |
| 33 | Emails with Client | Client contact information |
| 34 | Emails with Client | Client contact information |
| 35 | Client Contact List | Client contact information |
| 36 | Contract Attorney List | Contract attorney contact information |
| 37 | Ajilon Client Proposal | Client proposal materials |
| 38 | Ajilon Pending Projects List | Client project information |
| 39 | Contract Attorney List | Contract attorney information |

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| AJILON PROFESSIONAL STAFFING, LLC | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 1:07-CV-01281-RJL |
| | * | |
| JOSHUA KUBICKI, ET AL | * | |
| Defendants. | * | |

**ORDER SEALING CONFIDENTIAL EXHIBITS**

Upon motion by Plaintiff Ajilon Professional Staffing, LLC for an order sealing certain documents and information submitted in connection with its Motion for a Preliminary Injunction herein, and there being no objection by Defendants, and good cause having been shown by Plaintiff why the sealing of the documents and information is appropriate at this time, it is hereby

ORDERED, that Plaintiff's Motion be GRANTED, and

FURTHER ORDERED, that the exhibits listed on Plaintiff's motion in Exhibit A be, and they hereby are, SEALED pending further order of this Court.

The Clerk and the parties shall treat all such documents in accordance with this Order and with the Protective Order entered (or to be entered) by the Court herein.

DATED:_____

_____
The Honorable Richard J. Leon
United States District Judge