IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AJILON PROFESSIONAL STAFFING, LLC,<br><br>Plaintiff<br><br>v.<br><br>JOSHUA KUBICKI, KIMBERLY DANOWSKI, and JON POMYKALA,<br><br>Defendants. | CASE NO. 1:07-cv-01281-RJL |

**CONSENT MOTION FOR ENLARGEMENT OF TIME TO ANSWER OR
OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Defendants Joshua Kubicki, Kimberly Danowski, and Jon Pomykala respectfully request an enlargement of time until ten days after this Court enters an Order on plaintiff's motion for temporary injunction.  Plaintiff Ajilon Professional Staffing LLC ("Ajilon") consents to this motion.  This request is made in good faith, and for good cause, as set forth below:

1.  Ajilon filed its complaint on July 18, 2007.  The complaint was served on defendant Jon Pomykala on July 20, 2007; defendant Joshua Kubicki on July 22, 2007; and defendant Kimberly Danowski on July 23, 2007.  Mr. Pomykala therefore must answer or otherwise respond by August 10, 2007, and his co-defendants must respond by August 13, 2007.

2.  In connection with this complaint, Ajilon moved for a temporary restraining order and for a preliminary injunction.  The motion for a temporary restraining order came before this Court on July 25, 2007, and was denied on that day.  The Court heard argument on the motion for a preliminary injunction on August 6, 2007.  That motion is still pending.

3. Since this lawsuit began, defendants and undersigned counsel have spent a substantial amount of time addressing Ajilon's requests for injunctive relief. In addition to briefing and arguing these motions, the parties have conducted limited discovery. Each defendant has been deposed and has produced documents to Ajilon. In light of the time spent on these matters, defendants request additional time for answering or otherwise responding to the complaint.

4. An enlargement of time is also warranted based on the pendency of the motion for a preliminary injunction. The Court's ruling on this motion will substantially effect further proceedings in this matter, and defendants seek the benefit of this ruling before answering.

5. Pursuant to Local Rule 7(m), undersigned counsel has consulted with Ajilon's counsel, and Ajilon has consented to the request for an enlargement of time.

For the foregoing reasons, defendants respectfully request that the Court grant their motion for an enlargement of time until ten days after the Court enters an order on Ajilon's motion for a preliminary injunction.

Respectfully submitted,

____/s/  Michael A. Schlanger_____
Michael A. Schlanger (D.C. Bar No. 88849)
Mark W. Mosier (D.C. Bar No. 974887)
COVINGTON & BURLING LLP
1201 Pennsylvania Ave., NW
Washington, DC  20004
Telephone:  (202) 662-6000
Facsimile:  (202) 662-6291

August 9, 2007

*Attorneys for Defendants Joshua Kubicki, Kimberly Danowski, and Jon Pomykala*

2

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of defendants' Motion for Enlargement of Time to Answer or Otherwise Respond to Plaintiff's Complaint was served upon:

>Benjamin Hahn, Esq.
>SCHNADER HARRISON SEGAL & LEWIS LLP
>2001 Pennsylvania Ave N.W., Suite 300
>Washington, DC 20006-1825

by electronic filing under the Rules of this Court on this 9th day of August, 2007.

>    /s/  Michael A. Schlanger
>Michael A. Schlanger

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AJILON PROFESSIONAL STAFFING, LLC,<br><br>Plaintiff<br><br>                v.<br><br>JOSHUA KUBICKI, KIMBERLY DANOWSKI, and JON POMYKALA,<br><br>Defendants. | CASE NO. 1:07-cv-01281-RJL |

## **ORDER**

Upon consideration of defendants' Consent Motion for Enlargement of Time To Answer or Otherwise Respond To Plaintiff's Complaint, it is this _____ day of _____, 2007, hereby

ORDERED that defendants' motion is GRANTED. Defendants will have until ten days after this Court enters an Order on plaintiff's motion for a preliminary injunction to answer or otherwise respond to the complaint.

 

                                                                                                                                                                                         _____
                                                                                                                                                                                       Richard J. Leon
                                                                                                                                                                                        United States District Judge

- 2 -

## NOTICE OF ORDER

Pursuant to Local Civil Rule 7(k), the following attorneys are entitled to notice of entry of this Order:

Benjamin Hahn, Esq.
SCHNADER HARRISON SEGAL & LEWIS LLP
2001 Pennsylvania Ave N.W., Suite 300
Washington, DC 20006-1825

*Counsel for Plaintiff*


Michael A. Schlanger (D.C. Bar No. 88849)
Mark W. Mosier (D.C. Bar No. 974887)
COVINGTON & BURLING LLP
1201 Pennsylvania Ave., NW
Washington, DC  20004

*Counsel for Defendants*