## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

AJILON PROFESSIONAL      \*
STAFFING, LLC

     \*

Plaintiff,

     \*

v.                              Civil Action No.

     \*

JOSHUA KUBICKI, et al.,      \*

Defendants.      \*

\*     \*     \*     \*     \*     \*     \*

## SUPPLEMENTAL DECLARATION OF JOHN J. MULLENHOLZ

I, John J. Mullenholz, under the penalties of perjury, declare as follows:

1.     I am the Senior Regional Vice-President of the International Projects and Consulting Group of Ajilon-StaffWise Legal, which is an operating unit of Ajilon Professional Staffing, LLC, Plaintiff in the above-styled and captioned matter.

2.     I make this declaration in support of Plaintiff's Supplemental Memorandum in Support of Preliminary Injunction.

3.     I am over the age of 18 and am competent to testify based on personal knowledge as to the matters described in this declaration.

4.     The documents that comprise Exhibit 6 (a staffing chart for Ajilon's Legal Division as of early 2007) and Exhibit 20 ( a June 2007 payroll register  for former Ajilon employee John Beuker) are records which Plaintiff Ajilon Professional Staffing, LLC maintains in the ordinary course of business pursuant to Ajilon's policies regarding employee and personnel records.

5.      The Business Plan (Exhibit 23), to the best of my knowledge, was prepared by Joshua Kubicki in the course of his activities while employed by Ajilon and was prepared at the request of Mark Davies.  The Business Plan reflected in Exhibit 23, was provided to me by Joshua Kubicki for editing and submission to Mark Davies and persons to whom he reported in April or May of 2007.

6.      I personally prepared the documents which comprise Exhibit 27 (chart and graph summarizing Defendant Joshua Kubicki's 2007 client billings.)  I prepared this chart and accompanying graph using information Ajilon's accounting department provided to me at my request; Ajilon maintains this information in the ordinary course of business pursuant to Ajilon's policies regarding financial records.

I have read the foregoing declaration, and I declare under the penalties of perjury that its contents are true and correct, to the best of my knowledge, information and belief.

John J. Mullenholz