UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AJILON PROFESSIONAL, STAFFING, PLC            ) ) ) | |
| Plaintiff,              ) ) | |
| v.                   ) ) | Civ. Action No. 07cv1281 (RJL) |
| JOSHUA KUBICKI, *et al.*,    ) ) | |
| Defendants.          ) ) | |

FILED

AUG 3 1 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER

For the reasons set forth in the Memorandum Opinion entered this date, it is,

this __31st__, day of August 2007, hereby

**ORDERED** that [#3] plaintiff's motion for a preliminary injunction is DENIED.

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge