**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AJILON PROFESSIONAL STAFFING, LLC,<br><br>Plaintiff<br><br>         v.<br><br>JOSHUA KUBICKI, KIMBERLY DANOWSKI, JON POMYKALA, and SOLOMON-PAGE GROUP, LLC<br><br>Defendants. | CASE NO. 1:07-cv-01281-RJL |

**JOINT MOTION TO EXTEND DEADLINE FOR CONFERENCE OF PARTIES AND FOR FILING DISCOVERY PLAN**

Plaintiff Ajilon Professional Staffing, LLC, and defendants Joshua Kubicki, Kimberly Danowski, and Jon Pomykala jointly move to extend the deadline to meet and confer and for submitting a discovery plan under Federal Rule of Civil Procedure 26(f) and Local Civil Rule 16.3.  Under Local Civil Rule 16.3(a), "[a]ny party may move to extend the deadline to a time fixed by the court on the ground that another defendant . . . has not yet appeared in the case."  Because Solomon-Page Group, LLC – which was not originally a party to this suit but was recently joined in the amended complaint – has not yet appeared in the case, the parties jointly seek to extend the deadline so that discovery issues relating to all defendants can be addressed at the same Rule 26(f) conference.

The moving parties respectfully request that the date to meet and confer as required by Rule 26(f) be extended until October 29, 2007, and the date for submission of the discovery plan be extended until November 12, 2007.

Respectfully submitted,


\_\_\_/s/  Benjamin W. Hahn_____
Benjamin W. Hahn (Bar No. 446270)
2001 Pennsylvania Ave. N.W., Suite 300
Washington, DC 20006-1825
Telephone: (202) 419-4242
Email: bhahn@schnader.com

*Attorney for Plaintiff Ajilon Professional Staffing, LLC*


\_\_\_/s/  Mark W. Mosier_____
Michael A. Schlanger (D.C. Bar No. 88849)
Mark W. Mosier (D.C. Bar No. 974887)
COVINGTON & BURLING LLP
1201 Pennsylvania Ave., NW
Washington, DC  20004
Telephone:  (202) 662-6000
Facsimile:  (202) 662-6291


October 5, 2007

*Attorneys for Defendants Joshua Kubicki, Kimberly Danowski, and Jon Pomykala*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the Joint Motion to Extend Deadline for Conference of Parties and for Filing Discovery Plan was caused to be served upon:

Benjamin Hahn, Esq.
SCHNADER HARRISON SEGAL & LEWIS LLP
2001 Pennsylvania Ave N.W., Suite 300
Washington, DC 20006-1825

by the Court's ECF system under the Rules of this Court on October 5, 2007.


       /s/  Mark W. Mosier
Mark W. Mosier

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AJILON PROFESSIONAL STAFFING, LLC,<br><br>Plaintiff<br><br>      v.<br><br>JOSHUA KUBICKI, KIMBERLY DANOWSKI, and JON POMYKALA, SOLOMON-PAGE GROUP, LLC,<br><br>Defendants. | CASE NO. 1:07-cv-01281-RJL |

## **ORDER**

The Joint Motion to Extend Deadline for Conference of Parties and for Filing Discovery Plan is hereby GRANTED. It is ORDERED that:

The parties meet and confer pursuant to Federal Rule of Civil Procedure 26(f) and Local Civil Rule 16.3 by October 29, 2007.

The parties submit a proposed discovery plan by November 12, 2007.

                     _____
                     Richard J. Leon
                     United States District Judge

Date: _____