IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AJILON PROFESSIONAL STAFFING, LLC,<br><br>Plaintiff<br><br>                    v.<br><br>JOSHUA KUBICKI, KIMBERLY DANOWSKI, JON POMYKALA, and SOLOMON-PAGE GROUP, LLC<br><br>Defendants. | CASE NO. 1:07-cv-01281-RJL |

**NOTICE OF APPEARANCE**

TO NANCY MAYER-WHITTINGTON, CLERK:

You are hereby notified that Michael A. Schlanger of Covington & Burling LLP appears as retained counsel on behalf of defendant Solomon-Page Group, LLP in the above-captioned matter.

Respectfully submitted,

   /s/  Michael A. Schlanger
Michael A. Schlanger (D.C. Bar No. 88849)
Mark W. Mosier (D.C. Bar No. 974887)
COVINGTON & BURLING LLP
1201 Pennsylvania Ave., NW
Washington, DC  20004
Telephone:  (202) 662-6000
Facsimile:  (202) 662-6291

*Attorneys for Defendant Solomon-Page Group, LLC*

October 12, 2007

- 2 -

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Notice of Appearance was filed using the Court's electronic case filing system this 12th day of October, 2007, which automatically results in service on all counsel of record registered on ECF.

           /s/ Michael A. Schlanger
           Michael A. Schlanger
           *Attorney for Defendants*