IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AJILON PROFESSIONAL STAFFING, LLC,<br><br>Plaintiff<br><br>                v.<br><br>JOSHUA KUBICKI, KIMBERLY DANOWSKI, JON POMYKALA, and SOLOMON-PAGE GROUP, LLC<br><br>Defendants. | CASE NO. 1:07-cv-01281-RJL |

## NOTICE OF APPEARANCE

TO NANCY MAYER-WHITTINGTON, CLERK:

You are hereby notified that Mark W. Mosier of Covington & Burling LLP appears as retained counsel on behalf of defendant Solomon-Page Group, LLP in the above-captioned matter.

                                                    Respectfully submitted,

                                                      /s/  Mark W. Mosier
                                      Michael A. Schlanger (D.C. Bar No. 88849)
                                      Mark W. Mosier (D.C. Bar No. 974887)
                                      COVINGTON & BURLING LLP
                                      1201 Pennsylvania Ave., NW
                                      Washington, DC  20004
                                      Telephone:  (202) 662-6000
                                      Facsimile:  (202) 662-6291

October 12, 2007                               *Attorneys for Defendant Solomon-Page Group, LLC*

- 2 -

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing Notice of Appearance was filed using the Court's electronic case filing system this 12th day of October, 2007, which automatically results in service on all counsel of record registered on ECF.

/s/ Mark W. Mosier
Mark W. Mosier
*Attorney for Defendants*
