IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AJILON PROFESSIONAL STAFFING, LLC | * |
| | * |
| Plaintiff, | * |
| v. | Civil Action No.  07-cv-01281 |
| | * |
| JOSHUA KUBICKI, et. al. | * |
| Defendants. | * |

\*     \*     \*     \*     \*     \*     \*

**JOINT RULE 16.3 REPORT**

Plaintiff Ajilon Professional Staffing, LLC and Defendants Joshua Kubicki, Kimberly Danowski, Jon Pomykala, and Solomon-Page Group, LLC, through their respective counsel of record, pursuant to Local Rule 16.3, submit this Report and advise the Court as follows:

**I.     Meeting in Compliance with Local Rule 16.3.**

Counsel for the parties met and conferred in accordance with Local Rule 16.3 on Monday, October 29, 2007, at which conference they discussed the matters specified below.

**II.     Discovery Plan and Agreements Reached.**

The parties submit the following in compliance with Local Rule 16.3(c) and (d) relative to the 14 matters set forth therein:

1.     *Likelihood of Disposition of Case by Dispositive Motion*:  The parties do not anticipate the filing of a dispositive motion in advance of discovery.  No motion to dismiss has been filed.  Defendants think that the case can be resolved on summary judgment at the close of discovery.

3022754v2

2. *Date for Joinder of Parties and Amendment of Pleadings*: Plaintiff does not anticipate joining any new parties or amending the pleadings.

3. *Assignment to Magistrate Judge for All Purposes*: The parties do not assent to the case being assigned to a magistrate judge at this time.

4. *Settlement*: Both parties remain open to the possibility of settlement, but based on the discussions to this point, Defendants do not currently view settlement as a realistic possibility.

5. *Alternative Dispute Resolution*: Plaintiff requests that the dispute not be referred to either a court-appointed mediator or to a magistrate judge for settlement discussions until after the completion of the discovery process. The parties are not in a position to engage in meaningful ADR at this time.

6. *Summary Judgment*: A proposed schedule for summary judgment motion proceedings is as follows:

    a. Filing of Motion: March 21, 2008

    b. Filing of Opposition: April 11, 2008

    c. Filing of Reply Brief: April 18, 2008

    d. Oral Argument: April 25, 2008

7. *Initial Disclosures*: The parties believe initial disclosures may be made in accordance with Federal Rule of Civil Procedure 26(a)(1).

8. *Discovery*: The parties have agreed to the following regarding the scope and schedule for discovery:

    a. Protective Order: The existing protective order remains in force.

    b. Completion of Discovery: March 3, 2008

    c.    Scope and Limits:  The parties do not anticipate disputes concerning the scope or limits on discovery, including number, timing, duration, or location of depositions.

9.    *Expert Witness Disclosures and Depositions*:  The requirements of Federal Rule of Civil Procedure 26(a)(2) do not need to be modified.  Whether the depositions of any experts would be required may appropriately await later determination, based on the nature of the expert testimony, its impact on the case, and the contents of the reports disclosed.

10.    *Class Action Issues*:   Not Applicable.

11.    *Bifurcation*:   Not Required.

12.    *Pretrial Conference Date*:     July 21, 2008, or within 45 days of the Court's decision on Defendants' Motion for Summary Judgment.

13.    *Trial Date*:    To be set after the Court has decided any dispositive motions.

14.    *Other Matters*:  There are none at this time.

Dated:  November 12, 2007

Respectfully submitted,

   /s/_Benjamin W. Hahn_____
Benjamin W. Hahn (Bar No. 446270)
SCHNADER HARRISON SEGAL & LEWIS LLP
2001 Pennsylvania Ave. N.W., Suite 300
Washington, DC 20006-1825
Telephone: (202) 419-4242
Email: bhahn@schnader.com

*Attorney for Plaintiff Ajilon Professional Staffing, LLC*


    /s/_Michael A. Schlanger_____
Michael A. Schlanger (D.C. Bar No. 88849)
Mark W. Mosier (D.C. Bar No. 974887)
COVINGTON & BURLING LLP
1201 Pennsylvania Ave., NW
Washington, DC 20004

3022754v2

Telephone: (202) 662-6000
Facsimile: (202) 662-6291

*Attorneys for Defendants Joshua Kubicki, Kimberly Danowski,
Jon Pomykala, and Solomon-Page Group, LLC*