CO-386-online
10/03

# United States District Court
# For the District of Columbia

Ajilon Professional Staffing, LLC )
)
)
)
                    Plaintiff )
        vs )          Civil Action No. 1:07-cv-01281-RJL
)
Joshua Kubicki, Kimberly Danowski, Jon )
Pomykala, and Solomon-Page Group LLC )
)
                    Defendant )

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for   Solomon-Page Group LLC   certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of   Solomon-Page Group LLC   which have any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

*[signature]*
Signature

D.C. Bar No. 974887
BAR IDENTIFICATION NO.

Mark W. Mosier
Print Name

1201 Pennsylvania Ave NW
Address

Washington      DC          20004-2401
City            State       Zip Code

(202) 662-5435
Phone Number