**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

---

AJILON PROFESSIONAL STAFFING, LLC,

      Plaintiff,

  v.

JOSHUA KUBICKI, KIMBERLY DANOWSKI, JON POMYKALA, and SOLOMON-PAGE GROUP, LLC,

      Defendants.

CASE NO. 1:07-cv-01281-RJL

---

**ENTRY OF APPEARANCE**

Pursuant to Local Civil Rule 83.6, the undersigned hereby enters his appearance in the above-titled matter on behalf of Plaintiff Ajilon Professional Staffing, LLC.

Respectfully submitted,

Dated:  December 7, 2007

/s/ Eugene Scalia
Eugene Scalia, D.C. Bar No. 447524
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue N.W.
Washington, D.C.  20036
Telephone: (202) 955-8206
Facsimile: (202) 530-9606

*Attorneys for Plaintiff Ajilon Professional Staffing, LLC*

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the foregoing *Entry of Appearance* was filed using the Court's electronic case filing system this 7th day of December, 2007, which results in service on all counsel of record registered on the case management/electronic case filing ("CM/ECF") system.

                                                      /s/ Eugene Scalia
                                                    Eugene Scalia