UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

AJILON PROFESSIONAL STAFFING, LLC,

        Plaintiff,

   v.

JOSHUA KUBICKI, KIMBERLY DANOWSKI, JON POMYKALA, and SOLOMON-PAGE GROUP, LLC,

        Defendants.

CASE NO. 1:07-cv-01281-RJL

---

## ENTRY OF APPEARANCE

      Pursuant to Local Civil Rule 83.6, the undersigned hereby enters his appearance in the above-titled matter on behalf of Plaintiff Ajilon Professional Staffing, LLC.

      Respectfully submitted,

Dated: December 7, 2007

/s/ Jason C. Schwartz
Jason C. Schwartz, D.C. Bar No. 465837
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue N.W.
Washington, D.C. 20036
Telephone: (202) 955-8242
Facsimile: (202) 530-9522

*Attorneys for Plaintiff Ajilon Professional Staffing, LLC*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing *Entry of Appearance* was filed using the Court's electronic case filing system this 7th day of December, 2007, which results in service on all counsel of record registered on the case management/electronic case filing ("CM/ECF") system.

/s/ Jason C. Schwartz
Jason C. Schwartz