## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  :

AJILON PROFESSIONAL STAFFING, LLC,                                      :

               Plaintiff,                   :

       v.                                                            :     CASE NO. 1:07-cv-01281-RJL

JOSHUA KUBICKI, KIMBERLY DANOWSKI,                                      :
JON POMYKALA, and SOLOMON-PAGE                                          :
GROUP, LLC,                                                            :

               Defendants.                 :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  :

### ENTRY OF APPEARANCE

        Pursuant to Local Civil Rule 83.6, the undersigned hereby enters his appearance in the above-titled matter on behalf of Plaintiff Ajilon Professional Staffing, LLC.

        Respectfully submitted,

Dated:  December 7, 2007        /s/ Geoffrey M. Sigler
                               Geoffrey M. Sigler, D.C. Bar No. 478390
                               GIBSON, DUNN & CRUTCHER LLP
                               1050 Connecticut Avenue N.W.
                               Washington, D.C.  20036
                               Telephone: (202) 887-3752
                               Facsimile: (202) 530-9635

                               *Attorneys for Plaintiff Ajilon Professional Staffing, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing

*Entry of Appearance* was filed using the Court's electronic case filing system this 7th day of

December, 2007, which results in service on all counsel of record registered on the case

management/electronic case filing ("CM/ECF") system.

/s/ Geoffrey M. Sigler
Geoffrey M. Sigler