IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AJILON PROFESSIONAL STAFFING, LLC,<br><br>Plaintiff<br><br>v.<br><br>JOSHUA KUBICKI, KIMBERLY DANOWSKI, JON POMYKALA, and SOLOMON-PAGE GROUP, LLC<br><br>Defendants. | CASE NO. 1:07-cv-01281-RJL |

## NOTICE OF NAME CHANGE OF DEFENDANT KIMBERLY DANOWSKI

PLEASE TAKE NOTICE that as of December 31, 2007, Defendant Kimberly Danowski changed her name to Kymberly Coder.

Respectfully submitted,

   /s/  Michael A. Schlanger
Michael A. Schlanger (D.C. Bar No. 88849)
Mark W. Mosier (D.C. Bar No. 974887)
COVINGTON & BURLING LLP
1201 Pennsylvania Ave., NW
Washington, DC  20004
Telephone:  (202) 662-6000
Facsimile:  (202) 662-6291

January 8, 2008              *Attorneys for Defendant Kymberly Coder*

2

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing Notice of Name Change of Defendant Kimberly Danowski was filed using the Court's electronic case filing system this 8th day of January, 2008, which results in service on all counsel of record registered on the case management/electronic case filing ("CM/ECF") system.

                                                  /s/ Mark W. Mosier
                                                 Mark W. Mosier