UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
AJILON PROFESSIONAL STAFFING, LLC,

        Plaintiff,

    v.

JOSHUA KUBICKI, KIMBERLY DANOWSKI, JON POMYKALA, and SOLOMON-PAGE GROUP, LLC,

        Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

CASE NO. 1:07-cv-01281-RJL

**CONSENT MOTION FOR EXTENSION OF TIME TO COMPLETE DISCOVERY**

    Plaintiff Ajilon Professional Staffing, LLC ("Ajilon"), with the consent of defendants, hereby moves the Court to extend by three months the current discovery cut-off and summary judgment deadlines in this case. In support of this motion, Ajilon states as follows:

    1.    Under the existing scheduling order, discovery is to be completed today, March 3. *See* Docket Entries dated November 20 and November 27, 2007. Motions for summary judgment currently are to be filed by March 21, 2008, with oppositions due April 11, 2008, and replies, if any, due April 18, 2008. *Id.*

    2.    The parties have been actively engaged in discovery, with each having served and responded to discovery requests, produced documents, and engaged in meet-and-confer sessions regarding outstanding issues; third-party discovery also has been initiated. However, additional discovery is yet to be completed.

    3.    In conjunction with discovery and its factual investigation of this matter, plaintiff's counsel—which entered its appearance on December 7, 2007 in substitution of

plaintiff's earlier counsel—has concluded that the Court lacks subject matter jurisdiction of the case because there is a lack of complete diversity among the parties. Plaintiff's counsel has been in discussion with defendants' counsel regarding the proper manner of addressing this issue. Plaintiff expects a motion to dismiss to be filed shortly.

      4.      In view of the additional discovery to be completed and the necessity of addressing the Court's jurisdiction, and with the consent of defendants, plaintiff moves the Court for an order providing that—in the event the Court retains jurisdiction of the case—discovery is extended until June 2, 2008. Plaintiff also requests that the schedule be amended to permit dispositive motions to be filed on June 23, 2008, oppositions to be filed on July 14, 2008, and replies, if any, on July 21, 2008.

Respectfully submitted,

By: /s/ Geoffrey M. Sigler
Eugene Scalia (Bar No.: 447524)
Jason C. Schwartz (Bar No.: 465837)
Geoffrey M. Sigler (Bar No.: 478390)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Tel. 202.955.8500
Fax. 202.467.0539

*Attorneys for Plaintiff*
*Ajilon Professional Staffing, LLC*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

---

AJILON PROFESSIONAL STAFFING, LLC,

        Plaintiff,

   v.

JOSHUA KUBICKI, KIMBERLY DANOWSKI, JON POMYKALA, and SOLOMON-PAGE GROUP, LLC,

        Defendants.

CASE NO. 1:07-cv-01281-RJL

---

## **ORDER**

Upon consideration of plaintiff's Consent Motion For Extension Of Time To Complete Discovery, it is by the Court this __ day of March, 2008,

ORDERED: that the motion hereby is GRANTED; and it is

FURTHER ORDERED: that discovery shall be completed on or before June 2, 2008; and it is

FURTHER ORDERED: that dispositive motions shall be filed on June 23, 2008, oppositions to be filed on July 14, 2008, and replies, if any, on July 21, 2008.

_____
JUDGE RICHARD J. LEON
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the foregoing Consent Motion For Extension Of Time To Complete Discovery, and proposed Order, to be electronically served through the Court's electronic case filing system this 3rd day of March, 2008 upon the following counsel:

| | |
|---|---|
| Michael A. Schlanger, Esq. | Joel A. Klarreich, Esq. |
| Anthony Herman, Esq. | Tannenbaum Helpern Syracuse & |
| Mark W. Mosier, Esq. | Hirschtritt |
| Covington & Burling LLP | 900 Third Avenue |
| 1201 Pennsylvania Ave., NW | New York, New York 10022 |
| Washington, D.C. 20004 | jak@thshlaw.com |
| mschlanger@cov.com | |
| aherman@cov.com | |
| mmosier@cov.com | |

/s/ Geoffrey M. Sigler
Geoffrey M. Sigler