UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

AJILON PROFESSIONAL STAFFING, LLC,

        Plaintiff,

  v.

JOSHUA KUBICKI, KIMBERLY DANOWSKI, JON POMYKALA, and SOLOMON-PAGE GROUP, LLC,

        Defendants.

CASE NO. 1:07-cv-01281-RJL

---

**STIPULATION OF DISMISSAL OF ACTION WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all parties in this action—Plaintiff Ajilon Professional Staffing, LLC ("Ajilon") and Defendants Joshua Kubicki, Kymberly Coder (formerly Kimberly Danowski), Jon Pomykala, and Solomon-Page Group, LLC—hereby file this stipulation of dismissal of this action without prejudice.

Dated: March 19, 2008

By: /s/ Michael A. Schlanger
Michael A. Schlanger (Bar No.: 88849)
Anthony Herman (Bar No.: 424643)
Mark W. Mosier (Bar No.: 974887)
COVINGTON & BURLING LLP
1201 Pennsylvania Ave., N.W.
Washington, D.C. 20004
(202) 662-6000
mschlanger@cov.com
aherman@cov.com
mmosier@cov.com

Joel A. Klarreich
TANNENBAUM HELPERN SYRACUSE & HIRSCHTRITT
900 Third Avenue
New York, New York 10022
(212) 508-6747
jak@thshlaw.com

*Counsel to Defendants Joshua Kubicki, Kymberly Coder (formerly Kimberly Danowski), Jon Pomykala, and Solomon-Page Group, LLC*

By: /s/ Eugene Scalia
Eugene Scalia (Bar No.: 447524)
Jason C. Schwartz (Bar No.: 465837)
Geoffrey M. Sigler (Bar No.: 478390)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
(202) 955-8500
escalia@gibsondunn.com
jschwartz@gibsondunn.com
gsigler@gibsondunn.com

*Counsel to Plaintiff Ajilon Professional Staffing, LLC*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing *Stipulation of Dismissal of Action Without Prejudice* was filed using the Court's electronic case filing system this 19th day of March, 2008, which results in service on all counsel of record registered on the case management/electronic case filing ("CM/ECF") system.

/s/ Eugene Scalia
Eugene Scalia