UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
:
AJILON PROFESSIONAL STAFFING, LLC,      :
:
        Plaintiff,      :
:
  v.      :
: CASE NO. 1:07-cv-01281-RJL
:
JOSHUA KUBICKI, KIMBERLY DANOWSKI,      :
JON POMYKALA, and SOLOMON-PAGE      :
GROUP, LLC,      :
:
        Defendants.      :
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**NOTICE OF WITHDRAWAL OF AJILON'S MOTION TO DISMISS**

    Plaintiff Ajilon Professional Staffing, LLC ("Ajilon") hereby withdraws its Motion to Dismiss Without Prejudice filed with this Court on March 4, 2008. The parties' Stipulation of Dismissal of Action Without Prejudice filed today renders moot Ajilon's motion to dismiss, as a court order is no longer required to dismiss this action without prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).

Dated: March 19, 2008        By:  /s/ Geoffrey M. Sigler
                                         Eugene Scalia (Bar No.: 447524)
                                         Jason C. Schwartz (Bar No.: 465837)
                                         Geoffrey M. Sigler (Bar No.: 478390)
                                         GIBSON, DUNN & CRUTCHER LLP
                                         1050 Connecticut Avenue, N.W.
                                         Washington, D.C.  20036
                                         Tel. 202.955.8500
                                         Fax. 202.467.0539
                                         escalia@gibsondunn.com
                                         jschwartz@gibsondunn.com
                                         gsigler@gibsondunn.com

                                         *Attorneys for Plaintiff*
                                         *Ajilon Professional Staffing, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing *Notice of Withdrawal of Ajilon's Motion to Dismiss* was filed using the Court's electronic case filing system this 19th day of March, 2008, which results in service on all counsel of record registered on the case management/electronic case filing ("CM/ECF") system.

/s/ Geoffrey M. Sigler
Geoffrey M. Sigler